SCWC-30698

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KAREN SUE MILLER, Petitioner/Plaintiff-Appellant,

vs.

BANK OF NEW YORK MELLON fka BANK OF NEW YORK
AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC.,
CHL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-8,
AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30698; CIV. NO. 09-1-1604)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, and Pollack, JJ.,
Circuit Judge Chang in place of Recktenwald, C.J., recused,
and Circuit Judge Ahn, in place of Acoba, J., recused)

Petitioner/Plaintiff-Appellant's Application for Writ

of Certiorari, filed on November 25, 2013, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 7, 2014.

Gary Victor Dubin,
Frederick J. Arensmeyer
and Zeina Jafar for
petitioner

Patricia J. McHenry
for respondents

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Gary W.B. Chang

/s/ Karen S.S. Ahn

